## JUDD v. FERGUSON.

**Appeal:** FROM AN ORDER IN CHAMBERS. Prior to the taking effect of the Code, an appeal was not allowed from the order of a judge, made in chambers.

*Appeal from Floyd Circuit Court.*

FRIDAY, SEPTEMBER 25.

THIS is a suit in equity by the plaintiff, a member of the firm of Judd, Stowe & Co., to enjoin the sale of a horse, alleged

to be the property of the firm, which the defendant had seized and was about to sell under execution against J. M. Stowe, another member of the firm. An application for an injunction was made August 5, 1873, to Hon. Robert G. Reiniger, Circuit Judge of the twelfth judicial district, at his chambers, and was refused. The plaintiff appealed from the order refusing the injunction; the notice of appeal was duly served on the defendant and the clerk, August 16, 1873.

*Boulton & Duncan,* for appellant.

*Pratt & Root,* for appellee.

COLE, J.—This appeal is from an order by a circuit judge, at his chambers, made before the Code took effect. No appeal was allowed from such orders under the Revision of 1860, or prior to the taking effect of the Code of 1873, which was September, 1, 1873. See *Cummings v. The D. & W. R. Co. et al.,* 36 Iowa, 173; *The City of Davenport v. The D. & St. Paul R. Co.,* 37 Id, 624, and cases there cited. The appeal must therefore be

DISMISSED.